UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PILCH, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

RC NYC HOLDINGS LLC, RIEDER COMMUNITIES LLC, and LESLIE RIEDER,

                Defendants.

15-CV-06143 (JCF)

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This Court, having considered and inspected the Negotiated Settlement Agreement and General Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed in its entirety against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

By: /s/ Diane Windholz
Diane Windholz, Esq.

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017

*ATTORNEYS FOR DEFENDANTS*

By: /s/ Alan Serrins
Alan Serrins, Esq.
Corey M. Stein, Esq.

SERRINS FISHER LLP
233 Broadway, Suite 2340
New York, New York 10279

*ATTORNEYS FOR PLAINTIFF*

SO ORDERED on this 14th day of December, 2015.

/s/ James C. Francis IV
Hon. James C. Francis
United States District Magistrate Judge
4815-3629-4313, v. 1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/15